In the Matter of the Application of BERTHA PALMER, Respondent, v. FRED LEDER, Appellant, for an Order Directing Him to Turn over the Sum of $300.— Motion to open default granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of BERTHA PALMER, Respondent, v. FRED LEDER, Appellant, for an Order Directing Him to Turn over the Sum of $300.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Petition of QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, to Acquire an Easement and/or Right of Way for the Public Use in, over and across Land Located at Woodmere, in the Town of Hempstead, County of Nassau, State of New York, Owned by MEADOWLAWN LINKS DEVELOPMENT COMPANY, INC., etc. MEADOWLAWN LINKS DEVELOPMENT COMPANY, INC., Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of the RIDGEWOOD PARK REALTY COMPANY for Payment of an Award Made for Damage Parcel No. 8 on the Damage Map and in the Final Decree of the Supreme Court as to Damage in a Proceeding to Acquire Title to Certain Lands and Premises Located on Grandview Avenue, etc., Ridgewood, Borough of Queens, City and State of New York, Duly Selected as a Site for School Purposes According to Law.— Matter referred to an official referee to hear and to report. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Appellants, for a Mandamus Order against EDWARD P. BURWELL, Superintendent of Buildings of the Borough of Queens, City of New York, Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

KINGS BUILDERS, INC., Respondent, v. FRED PILLAR and Others, Defendants. In the Matter of the Application of the LEER BUILDING & CONSTRUCTION Co., INC., Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MATHILDA LANGE, Appellant, v. IDA MARKS, Respondent; HARRY I. HORN, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

DOROTHY N. LOBELL, Respondent, v. ISAAC G. WOLF, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ABRAHAM POLEKOFF, Appellant, v. REBECCA POLEKOFF, Respondent.— Motion